PAUL R. DEVINO, JR. *v.* CONNECTICUT
REAL ESTATE COMMISSION

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Waterbury is granted by the court.

*Timothy O. Fanning,* assistant attorney general, in support of the petition.

Decided July 30, 1980

STATE OF CONNECTICUT *v.* FRANK L. GENNARINI

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Frank L. Gennarini,* pro se, in support of the petition.

Decided July 30, 1980

THOMAS J. BOUVIER *v.* BENJAMIN J. MUZIO,
COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Louis B. Blumenfeld,* in support of the petition.

Decided July 30, 1980